# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **FADHEL HUSSEIN SALEH HENTIF,**<br>also listed as Fadil Husayn Salih Hintif,<br><br>**HAYKAL MOHAMMED SALEH HENTIF,**<br>    as Next Friend of Mr. Hentif,<br><br>*Petitioners/Plaintiffs*,<br>    v.<br><br>**GEORGE W. BUSH**, *et al.*,<br><br>*Respondents*. | CIVIL ACTION NO. 06-CV-01766 (HHK) |

## CERTIFICATE OF SERVICE

I hereby certify that I caused a true and correct copy of the Emergency Motion to Enter the November 8, 2004 Amended Protective Order from *In Re Guantanamo Bay Detainee Cases* to be served by Certified Mail, Return Receipt Requested, this 9th day of November, 2006, on the following persons:

| | |
|---|---|
| **Kenneth L. Wainstein**<br>U.S. ATTORNEY<br>District of Columbia District<br>Judiciary Center U.S.<br>555 4th Street, NW<br>Washington, D.C. 20530 | **Alberto R. Gonzales**<br>ATTORNEY GENERAL OF THE UNITED STATES<br>Department of Justice<br>Robert F. Kennedy Building<br>Tenth Street & Constitution Ave., NW<br>Room 5111<br>Washington, D.C. 20530 |
| **George W. Bush**<br>PRESIDENT, United States of America<br>The White House SECRETARY,<br>1600 Pennsylvania Avenue, NW<br>Washington, D.C. 20301-1000 | **Donald Rumsfeld**<br>U.S. DEP'T. OF DEFENSE<br>1000 Defense Pentagon<br>Washington, D.C. 20301-1000 |
| **Rear Admiral Harry B. Harris, Jr.**<br>COMMANDER, JOINT TASK FORCE-JTF-GTMO<br>APO AE 09360 | **Rear Admiral Harry B. Harris, Jr.**<br>GTMO UNITED STATES NAVY<br>Navy Pentagon<br>Washington, D.C. 20310-0200 |

2

**Army Col. Wade F. Davis**
COMMANDER, JDOG
JTF-GTMO
APO AE 09360

**Army Col. Wade F. Davis**
UNITED STATES ARMY
Army Pentagon
Washington, D.C. 20310-0200

   /s/ Brent N. Rushforth