UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **FADHEL HUSSEIN SALEH HENTIF,**<br><br>Petitioner,<br><br>v.<br><br>**GEORGE W. BUSH, et al.,**<br><br>Respondents/Defendants. | Civil Action 06-01766 (HHK) |

**ORDER ENTERING AMENDED PROTECTIVE ORDER**

Before the court is petitioner's emergency motion to enter the Amended Protective Order from *In re Guantanamo Bay Detainee Cases* [#3]. Upon consideration of the motion and the record of this case, it is this 21st day of November, 2006, hereby

**ORDERED,** that petitioner's emergency motion to enter the Amended Protective Order from *In re Guantanamo Bay Detainee Cases* [#3] is **GRANTED**; and it is further

**ORDERED,** that the following orders, entered in *In re Guantanamo Detainee Cases*, Civ. Nos. 02-0299, 02-0828, 02-1130, 04-1135, 04-1136, 04-1137, 04-1144, 04-1164, 04-1194, 04-1227, 04-1254, 04-1519 (D.D.C., J. Green), are hereby incorporated by reference: "Amended Protective Order and Procedures for Counsel Access to Detainees at the United States Naval Base in Guantanamo Bay, Cuba," dated November 8, 2004; "Order Addressing

Designation Procedures for 'Protected Information,'" dated November 10, 2004; and "Order Supplementing and Amending Filing Procedures Contained in November 8, 2004 Amended Protective Order," dated December 13, 2004.

                                                    Henry H. Kennedy, Jr.
                                                    United States District Judge