IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **FADHEL HUSSEIN SALEH HENTIF,** <br> also listed as Fadil Husayn Salih Hintif, <br><br> **HAYKAL MOHAMMED SALEH HENTIF,** <br> as Next Friend of Mr. Hentif, <br><br> *Petitioners/Plaintiffs*, <br> v. <br><br> **GEORGE W. BUSH**, *et al.*, <br><br> *Respondents.* | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) CIVIL ACTION NO. 06-CV-01766 (HHK) <br> ) <br> ) <br> ) <br> ) <br> ) |

**MEMORANDUM OF UNDERSTANDING REGARDING ACCESS TO
CLASSIFIED NATIONAL SECURITY INFORMATION**

Having familiarized myself with the applicable statutes, regulations, and orders related to, but not limited to, unauthorized disclosure of classified information, espionage and related offenses; The Intelligence Identities Protection Act, 50 U.S.C. § 421; 18 U.S.C. § 641; 50 U.S.C. § 783; 28 C.F.R. § 17 *et seq.* and Executive Order 12958; I understand that I may be the recipient of information and documents that belong to the United States and concern the present and future security of the United States, and that such documents and information together with the methods and sources of collecting it are classified by the United States government. In consideration for the disclosure of classified information and documents:

(1) I agree that I shall never divulge, publish, or reveal either by word, conduct or any other means, such classified documents and information unless specifically authorized in writing to do so by an authorized representative of the United States government, or as expressly

authorized by the Protective Order entered in the United States District Court for the District of Columbia in the case captioned *Hentif et al. v. Bush et al.*, Civ. Action No. 06-cv-01766 (HHK).

(2) I agree that this Memorandum of Understanding and any other non-disclosure agreement signed by me will remain forever binding on me.

(3) I have received, read, and understand the Protective Order entered by the United States District Court for the District of Columbia in the case *Hentif et al. v. Bush et al.*, Civ. Action No. 06-cv-01766 (HHK), and I agree to comply with the provisions thereof.


  */s/ Brent N. Rushforth*                                    11/27/2006
Brent N. Rushforth                                       Date

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **FADHEL HUSSEIN SALEH HENTIF,** <br> also listed as Fadil Husayn Salih Hintif, <br><br> **HAYKAL MOHAMMED SALEH HENTIF,** <br>    as Next Friend of Mr. Hentif, <br><br> *Petitioners/Plaintiffs*, <br>             *v.* <br><br> **GEORGE W. BUSH**, *et al.*, <br><br> *Respondents.* | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> )  **CIVIL ACTION NO. 06-CV-01766 (HHK)** <br> ) <br> ) <br> ) <br> ) <br> ) |

## CERTIFICATE OF SERVICE

I hereby certify that I caused a true and correct copy of the Memorandum of Understanding Regarding Access to Classified National Security Information to be served by Certified Mail, Return Receipt Requested, this 27th day of November, 2006, on the following persons:

| | |
|---|---|
| **Kenneth L. Wainstein** <br> U.S. ATTORNEY <br> District of Columbia District <br> Judiciary Center U.S. <br> 555 4th Street, NW <br> Washington, D.C. 20530 | **Alberto R. Gonzales** <br> ATTORNEY GENERAL OF THE UNITED STATES <br> Department of Justice <br> Robert F. Kennedy Building <br> Tenth Street & Constitution Ave., NW <br> Room 5111 <br> Washington, D.C. 20530 |
| **George W. Bush** <br> PRESIDENT, United States of America <br> The White House <br> 1600 Pennsylvania Avenue, NW <br> Washington, D.C. 20301-1000 | **Donald Rumsfeld** <br> SECRETARY, U.S. DEP'T. OF DEFENSE <br> 1000 Defense Pentagon <br> Washington, D.C. 20301-1000 |
| **Rear Admiral Harry B. Harris, Jr.** <br> COMMANDER, JOINT TASK FORCE –GTMO <br> JTF-GTMO <br> APO AE 09360 | **Rear Admiral Harry B. Harris, Jr.** <br> UNITED STATES NAVY <br> Navy Pentagon <br> Washington, D.C. 20310-0200 |

2

**Army Col. Wade F. Davis**  
COMMANDER, JDOG  
JTF-GTMO  
APO AE 09360

**Army Col. Wade F. Davis**  
UNITED STATES ARMY  
Army Pentagon  
Washington, D.C. 20310-0200

　　　/s/ Brent N. Rushforth