**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **FADHEL HUSSEIN SALEH HENTIF,**<br>also listed as Fadil Husayn Salih Hintif,<br><br>**HAYKAL MOHAMMED SALEH HENTIF,**<br>      as Next Friend of Mr. Hentif,<br><br>      *Petitioners/Plaintiffs,*<br>            *v.*<br><br>**GEORGE W. BUSH**, *et al.,*<br><br>      *Respondents.* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) **CIVIL ACTION NO. 06-CV-01766 (HHK)**<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF FILING**

PLEASE TAKE NOTICE that Petitioner has filed a **MOTION TO STAY HABEAS ACTION AND HOLD HABEAS ACTION IN ABEYANCE PENDING EXHAUSTION OF REMEDIES AND SUPREME COURT CONSIDERATION OF JURISDICTION**, submitted this day to the Court Security Officer for classification review.  After review, the public document will be filed, pursuant to the Protective Order entered in this case.

Respectfully submitted,

*/s/ Brent N. Rushforth*
Kit A. Pierson
Brent N. Rushforth
Sarah B. Pojanowski
Jenny L. Workman
Elizabeth Arora
HELLER EHRMAN LLP
1717 Rhode Island Avenue, NW
Washington, D.C. 20036
Fax: (202) 912-2020

Gitanjali S. Gutierrez (Pursuant to LCvR 83.2(g))
CENTER FOR CONSTITUTIONAL RIGHTS
66 Broadway, 7th Floor
New York, New York 10012
Tel: (212) 614-6439
Fax: (212) 614-6499