IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **FADHEL HUSSEIN SALEH HENTIF,**<br>also listed as Fadil Husayn Salih Hintif,<br><br>**HAYKAL MOHAMMED SALEH HENTIF,**<br>    as Next Friend of Mr. Hentif,<br><br>*Petitioners/Plaintiffs*,<br>v.<br><br>**GEORGE W. BUSH**, *et al.*,<br><br>*Respondents.* | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) **CIVIL ACTION NO. 06-CV-01766 (HHK)** <br> ) <br> ) <br> ) <br> ) |

**NOTICE OF FILING**

PLEASE TAKE NOTICE that Petitioner has filed an **OPPOSITION TO RESPONDENTS' MOTION TO DISMISS**, submitted this day to the Court Security Officer for classification review. After review, the public document will be filed, pursuant to the Protective Order entered in this case.

Dated: June 14, 2007                    Respectfully submitted,

                            */s/ Brent N. Rushforth*
                            Kit A. Pierson
                            Brent N. Rushforth
                            Sarah B. Pojanowski
                            Jenny L. Workman
                            Elizabeth Arora
                            HELLER EHRMAN LLP
                            1717 Rhode Island Avenue, NW
                            Washington, D.C. 20036
                            Fax: (202) 912-2020

        Gitanjali S. Gutierrez (Pursuant to LCvR 83.2(g))
        CENTER FOR CONSTITUTIONAL RIGHTS
        66 Broadway, 7th Floor
        New York, New York 10012
        Tel: (212) 614-6439
        Fax: (212) 614-6499