IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **FADHEL HUSSEIN SALEH HENTIF,** also listed as Fadil Husayn Salih Hintif, <br><br> **HAYKAL MOHAMMED SALEH HENTIF,** as Next Friend of Mr. Hentif, <br><br> *Petitioners/Plaintiffs,* <br> v. <br><br> **GEORGE W. BUSH**, *et al.*, <br><br> *Respondents.* | ) ) ) ) ) ) ) ) ) ) ) ) ) **CIVIL ACTION NO. 06-CV-01766 (HHK)** ) ) ) ) ) ) |

## CERTIFICATION OF REPRESENTATION WITHOUT COMPENSATION

Sarah B. Pojanowski, Counsel for Petitioner Hentif, hereby certifies, pursuant to L. Cv. R. 83.2(g), that she is representing Petitioner Hentif without compensation.

Dated: June 26, 2007

　　　*/s/ Sarah B. Pojanowski*
Sarah B. Pojanowski
**HELLER EHRMAN LLP**
1717 Rhode Island Avenue, NW
Washington, DC 20036
Tel: (202) 912-2000
Fax: (202) 912-2020