IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FADHEL HUSSEIN SALEH HENTIF,

    Petitioner,

v.

GEORGE W. BUSH, et al.,

    Respondents.

Civil Action No. 06-01766 (HHK)

**NOTICE OF APPEAL**

NOTICE is hereby given that respondents George W. Bush, President of the United States, Donald Rumsfeld, Secretary, United States Department of Defense, Rear Adm. Harry B. Harris, Jr., Commander, Joint Task Force-GTMO, and Army Col. Wade F. Davis, Commander, Joint Detention Operations Group, Commander, Joint Detention Operations Group (i.e., all respondents herein) hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the portion of the Court's Order dated July 28, 2007 (dkt. no. 29) granting petitioner's motion for temporary restraining order and preliminary injunction and ordering that respondents shall provide counsel for petitioner and the Court with 30 days notice of intended removal of petitioner from Guantanamo.

//

//

//

Dated: September 26, 2007

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DOUGLAS N. LETTER
Terrorism Litigation Counsel

   /s/ James J. Schwartz
JOSEPH H. HUNT (D.C. Bar No. 431134)
VINCENT M. GARVEY (D.C. Bar No. 127191)
JUDRY L. SUBAR (D.C. Bar No. 347518)
TERRY M. HENRY
JAMES J. SCHWARTZ (D.C. Bar No. 468625)
ROBERT J. KATERBERG
ANDREW I. WARDEN
JAMES LUH
NICHOLAS A. OLDHAM
Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W.
Washington, DC  20530
Tel:  (202) 616-8267
Fax:  (202) 616-8460

Attorneys for Respondents