**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **IN RE :** | |
| **GUANTÁNAMO BAY DETAINEE LITIGATION** | **Misc. No. 08-442 (TFH)** |
| ——————————————— | |
| **ABDURRAHMAN ABDALLAH ALI MAHMOUD AL SHUBATI, et al.,** | **Civil Action No. 07-2338 (HKK)** |
| **Petitioners,** | |
| **v.** | |
| **BARACK OBAMA,** **President of the United States, et. al.,** | |
| **Respondents.** | |
| ——————————————— | |
| **FADHEL HUSSEIN SALEH HENTIF, et al.** | **Civil Action No. 06-1766 (HKK)** |
| **Petitioners,** | |
| **v.** | |
| **BARACK OBAMA,** **President of the United States, et. al.,** | |
| **Respondents.** | |

**NOTICE OF WITHDRAWAL OF PETITIONERS' UNOPPOSED MOTION FOR**
**<u>EXTENSION OF TIME TO FILE TRAVERSES</u>**

Petitioners hereby give notice that they withdraw their Unopposed Motion for Extension of Time to File Traverses, filed in the above-captioned cases on March 13, 2009 (Docket #s 106 and 109, respectively).

Respectfully Submitted,

Counsel for Petitioners:

_____/s/_____
Brent N. Rushforth
DAY PITNEY LLP
1100 New York Ave., N.W., Ste. 300
Washington, D.C.  20005
Tel:  (202) 218-3917
Fax:  (202) 218-3910

James G. Szymanski
M. Alexander Bowie II
DAY PITNEY LLP
7 Times Square
New York, NY  10036-7311
Tel: (212) 297-5800
Fax: (212) 916-2940

*Counsel For Petitioners*

Dated: March 13, 2009