IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FADHEL HUSSEIN SALEH HENTIF, *et al.*, ) <br> ) <br> Petitioners, ) <br> ) <br> v. ) <br> ) <br> BARACK OBAMA, President of the United ) <br> States, *et al.*, ) <br> ) <br> Respondents. ) <br> ) | Civil Action No. ~~06-1766 (HHK)~~ <br> 06-1766 (RCL) |

~~[Proposed]~~ ORDER

**FILED**

**OCT 25 2012**

Clerk, U.S. District and
Bankruptcy Courts

Petitioner has filed a notice of appeal and to complete the record on appeal requires the district court Clerk to transfer all papers and exhibits on file with the district court, the transcripts of all proceedings, and a certified copy of the docket entries prepared by the district court Clerk, to the United States Court of Appeals for the District of Columbia . To the extent those documents have not already been produced, petitioner must be able to order those documents. Because some or all of these documents are under seal, the district court Clerk requires an order of this Court before it will release those documents. Therefore, it is hereby

**ORDERED** that this Court's Clerk's Office may transfer any and all documents and transcripts necessary to complete the record on appeal to the United States Court of Appeals for the District of Columbia; and it is further

**ORDERED** that to the extent necessary Petitioner may order copies of the transcripts or documents in order to complete the record on appeal.

*[signature]*

Chief Judge Royce C. Lambert
United States District Judge

Document1
October 16, 2012 4 28 PM